In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00341-CR
_____

DESMOND JAMAD RICHARD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D-110642-R

**MEMORANDUM OPINION**

Appellant, Desmond Jamad Richard, pleaded guilty to burglary of a habitation. Richard was sentenced by the trial court to confinement in the Texas Department of Criminal Justice for sixteen years. The trial court assessed a fine in the amount of $1,000. This appeal followed.

Richard's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v.*

*California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On October 4, 2012, we granted an extension of time for appellant to file a *pro se* brief. We received no response from Richard.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on February 6, 2013
Opinion Delivered February 13, 2013
Do not publish

Before Gaultney, Kreger, and Horton, JJ.

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.